

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00093-CR

LANE WESLEY KELLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1726246

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Appellant Lane Wesley Keller has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:    July 24, 2018
Date Decided:     July 25, 2018

Do Not Publish